O

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES - GENERAL**

| Case No. | CV 10-3752 AHM (JCGx) | Date | June 21, 2010 |
|---|---|---|---|
| Title | MICHAEL A. HERRERA v. QUALITY LOAN SERVICE CORP., *et al.* | | |

| Present: The Honorable | A. HOWARD MATZ, U.S. DISTRICT JUDGE | | |
|---|---|---|---|
| Stephen Montes | Not Reported | | |
| Deputy Clerk | Court Reporter / Recorder | Tape No. | |

Attorneys **NOT** Present for Plaintiffs:   Attorneys **NOT** Present for Defendants:

**Proceedings:**   IN CHAMBERS (No Proceedings Held)

On April 26, 2010, Plaintiff Michael A. Herrera filed this action in Los Angeles County Superior Court. On May 18, 2010, Defendant OneWest Bank FSB ("OneWest") removed this action on the basis of federal question jurisdiction under 28 U.S.C. § 1441. At the time that the case was removed, Plaintiff's Complaint contained causes of action for violation of the federal Truth in Lending Act ("TILA") and Real Estate Settlement Procedures Act ("RESPA"). However, on June 16, 2010, Plaintiff filed his First Amended Complaint ("FAC"), which includes no federal cause of action. Accordingly, federal question jurisdiction under 28 U.S.C. § 1331 no longer exists. Nor does diversity jurisdiction appear to exist, as Plaintiff and both Defendants appear to be citizens of California. *See* FAC ¶¶ 3-5 (stating that Quality Loan Service Corp. is a California corporation, OneWest has its headquarters in California, and Plaintiff resides in California).

A federal court must determine its own jurisdiction even if there is no objection to it. *Rains v. Criterion Sys., Inc.,* 80 F.3d 339 (9th Cir. 1996). No federal subject matter jurisdiction appears to exist for the FAC. The Court, therefore, ORDERS the parties to SHOW CAUSE in writing by not later than **June 29, 2010** why this Court should not decline to exercise supplemental jurisdiction over the remaining state law claims under 28 U.S.C. § 1367(c)(3) and remand the case to Los Angeles County Superior Court. Failure to respond on or before that date will be construed as consent to remand.

:

Initials of Preparer   SMO